NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JOHN PACIOUS,**
*Petitioner,*

v.

**NATIONAL AERONAUTICS AND SPACE ADMINISTRATION,**
*Respondent.*

---

2011-3215

---

Petition for Review of the Merit Systems Protection Board in case no. DC0752100745-I-1.

---

## ON MOTION

---

PER CURIAM.

## ORDER

John Pacious moves for permission to seek additional information from the National Aeronautics and Space Administration.

This court's review is based upon the record of evidence that was before the Merit Systems Protection Board. *See* Fed. R. App. P. 16.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied.

FOR THE COURT

_____DEC 1 9 2011_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  John Pacious
     J. Hunter Bennett, Esq.
s25

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 1 9 2011

JAN HORBALY
CLERK